EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  edric.ching@usdoj.gov

Attorneys for  Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 27 2003

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR. NO. CR03-00432 SOM |
|                             ) | |
|          Plaintiff,         ) | INDICTMENT |
|                             ) | |
|     vs.                     ) | [18 U.S.C. §2113(a)] |
|                             ) | |
| BLAINE L. TEVES,            ) | |
|                             ) | |
|          Defendant.         ) | |

## INDICTMENT

### COUNT 1

[18 U.S.C. §2113(a)]

The Grand Jury charges:

On or about June 4, 2003, in the District of Hawaii, defendant, BLAINE L. TEVES, did by intimidation, take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of City

Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

## COUNT 2

[18 U.S.C. §2113(a)]

The Grand Jury further charges:

On or about June 13, 2003, in the District of Hawaii, defendant, BLAINE L. TEVES, did by intimidation, take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of American Savings Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

//

//

//

//

//

//

//

//

//

//

In violation of Title 18, United States Code, Section 2113(a).

DATED: August 27, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crimes Section

EDRIC M. CHING
Assistant U.S. Attorney

U.S.A. v. Blaine L. Teves
Cr. No. _____
"Indictment"

3