IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 03-00432 SOM |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION FOR |
| | ) | EARLY TERMINATION OF |
| vs. | ) | SUPERVISED RELEASE |
| | ) | |
| BLAINE LIKO TEVES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Defendant Blaine Teves seeks early termination of supervised release. While congratulating Mr. Teves on his accomplishments since beginning his term of supervised release in March 2014, this court denies his motion at this time.

Mr. Teves pled guilty to bank robbery and was sentenced to 60 months in custody, followed by 3 years of supervised release. He admitted to having used methamphetamine during the first year of supervised release, but appears to have otherwise complied with treatment requirements and has tested negative for illegal drug use since that single relapse. He was employed until sustaining injuries in early 2015, and is about to undergo surgery in connection with his injuries.

He has gotten married and is now a stay-at-home father to three children. His life appears to be stable, and this court is very impressed by his ability to deal with setbacks and to keep a very positive attitude.

Balanced against this recent and encouraging situation is not only his 2014 drug relapse but also his criminal history and his earlier failures on state probation. The court acknowledges that his criminal history and earlier probation failures are in the past, but notes that, with the upcoming surgery, there may be additional difficulties added to Mr. Teves's life.  This concern causes the court to exercise caution at this time.

Moreover, with about a year left on his supervised release period, Mr. Teves is not now laboring under very burdensome supervision terms.  He is, for example, no longer subject to the frequency of drug testing that he experienced at the start of supervised release.  Given his history, the reduced level of supervision, and the scheduled surgery that may bring new stresses to his life, the court denies the motion for early termination of supervised release.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 4, 2016.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

Criminal No. 03-00432 SOM, Order Denying Motion for Early Termination of Supervised Release Order Denying Motion for Early Termination of Supervised Release